# EXHIBIT D

Law Offices
# ROVNER, ALLEN, ROVNER, ZIMMERMAN, SIGMAN AND SCHMIDT[†]

♦ ROBERT A. ROVNER (1943-2021)
STEVEN L. ROVNER**
BRUCE S. ALLEN
HOWARD P. ROVNER
JEFFREY L. ZIMMERMAN
JEFFREY A. SIGMAN
JOSEPH S. LUKOMSKI*
JEFFREY D. SCHMIDT
MATTHEW A. FLEISHMAN**
DAVID K. STRING**
AMY D. COX***

CHERYL B. WOLF** of Counsel

** MEMBER OF PA, NJ BARS
*** MEMBER OF PA, NJ & FL BARS
**** MEMBER OF PA, NJ & MD BARS

♦ FOUNDER

175 BUSTLETON PIKE
FEASTERVILLE, PA 19053-6456

PHILA. (215) 698-1800
BUCKS CO. (215) 322-0411
(215) D-I-A-L-L-A-W
TOLL FREE (888) D-I-A-L-L-A-W
FAX# (215) 355-0940
Internet: www.dial-law.com

NEW JERSEY OFFICE
1040 NORTH KINGS HIGHWAY
SUITE 205
CHERRY HILL, NJ 08034-1925
(856) 795-5111

JOSEPH S. LUKOMSKI
MANAGING NJ ATTORNEY

REPLY TO
FEASTERVILLE OFFICE

† LAW OFFICES OF
ROBERT A. ROVNER, P.C.

November 8, 2023

Honorable Karen Spencer Marston
16613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 12-B
via email Chambers_Judge_Marston@paed.uscourts.gov

    Re:    Joseph Peronace v. City of Philadelphia
            U.S.D.C. - Eastern District; Docket No.: 2:23-cv-3943-KSM
            Deposition Dates

Dear Judge Marston:

    As per Your Honor's November 3, 2023 Scheduling Order, the parties have met and conferred and have set aside the following dates for depositions:

    11/28/23, 12/12/23 and 12/15/23.

    Thank you for all of your assistance with this matter.

                Respectfully,

                */s/ Jeffrey D. Schmidt*
                Jeffrey D. Schmidt

JDS/

cc: Irene Lu, Esquire by email to irene.lu@phila.gov