# EXHIBIT E

| | |
|---|---|
| Subject: | **Re: Peronace v. City of Philadelphia** |
| Date: | 11/9/2023 3:47:10 PM Eastern Standard Time |
| From: | jschm47740@aol.com |
| To: | Irene.Lu@phila.gov, Derek.Kane@Phila.gov |
| Cc: | ramirezj@dial-law.com |

Dear Ms. Lu:

Attached please correspondence and 30(b)(6) Notices of Deposition for November 28, 2023.

We anticipate locating and scheduling the depositions of the medical staff that were identified in my previous emails.

Please contact me with any questions.


Jeffrey D. Schmidt, Esquire

Rovner, Allen, Rovner, Zimmerman and Schmidt
175 Bustleton Pike

Feasterville, PA 19053

Phone - (215) 953-2706

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PERONACE | : | CIVIL ACTION - LAW |
| v. | : | NO. 23-3943-KSM |
| CITY OF PHILADELPHIA | : | |

### NOTICE OF DEPOSITION PURSUANT TO F.R.C.P. 30(b)(6)

TO:   City of Philadelphia Law Department
c/o Irene Lu, Esquire
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, Plaintiff, Joseph Peronace, by his attorney, Jeffrey D. Schmidt, will take the deposition of Defendant's Director of CFCF/Warden or Acting Warden, who is responsible for the day-to-day administration of CFCF, oversight and of current policies and procedures, implementation and enforcement of applicable policies and procedures, before a person duly authorized to administer oaths, via Zoom on **Tuesday, November 28, 2023 at 10:00 a.m.** and to continue from day to day until completed. You are requested to appear at the aforesaid time and place.

ROVNER, ALLEN, ROVNER
ZIMMERMAN, SIGMAN AND SCHMIDT

DATED: November 9, 2023     BY:   */s/Jeffrey D. Schmidt*
JEFFREY D. SCHMIDT, ESQUIRE
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PERONACE | : | CIVIL ACTION - LAW |
| v. | : | NO. 23-3943-KSM |
| CITY OF PHILADELPHIA | : | |

## NOTICE OF DEPOSITION PURSUANT TO F.R.C.P. 30(b)(6)

TO:  City of Philadelphia Law Department
c/o Irene Lu, Esquire
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, Plaintiff, Joseph Peronace, by his attorney, Jeffrey D. Schmidt, will take the deposition of Defendant's Director of Medical Services, who is responsible for setting protocols, use of appropriate protocols, monitor care, standards for inmate medical care, oversee medical care, ensure positions filled, quality control for the medical care provided to inmates, before a person duly authorized to administer oaths, via Zoom on **Tuesday, November 28, 2023 at 10:00 a.m.** and to continue from day to day until completed. You are requested to appear at the aforesaid time and place.

ROVNER, ALLEN, ROVNER
ZIMMERMAN, SIGMAN AND SCHMIDT

DATED: November 9, 2023      BY:   */s/Jeffrey D. Schmidt*
JEFFREY D. SCHMIDT, ESQUIRE
Attorney for Plaintiff