# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH PERONACE**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PHILADELPHIA**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 23-3943-KSM** |

## ORDER

**AND NOW**, this 12th day of December, 2023, upon consideration of Defendant's Motion to Dismiss (Doc. No. 10) and Plaintiff's opposition brief (Doc. No. 11), it is **ORDERED** that the motion is **GRANTED** as follows:

1. Count I of the Amended Complaint is **DISMISSED WITH PREJUDICE**.

2. Count II of the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file a second amended complaint reasserting his § 1983 claim to the extent he can in good faith cure the deficiencies identified in the Court's accompanying Memorandum. Any second amended complaint shall be filed by **December 29, 2023** and *must* include a redline identifying changes between it and the Amended Complaint.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**